173 A.3d 598

NATIONSTAR MORTGAGE, LLC, PLAINTIFF–RESPONDENT, v. IRINA IUDINA, DEFENDANT–PETITIONER, AND VASLILY VYPRYATHKIN, AND BANK OF AMERICA, N.A., DEFENDANTS.

C–304 September Term 2017
079935

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002993–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.